### REILLY v. McKEEFREY.

(Supreme Court, Appellate Term. March 5, 1908.)

APPEAL—REVIEW—FINDINGS—CONCLUSIVENESS.

　　Findings on conflicting evidence will not be disturbed on appeal.

　　[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, §§ 3983–3989.]

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by John J. Reilly against John McKeefrey. From a judgment dismissing the complaint, plaintiff appeals. Affirmed.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and MacLEAN, JJ.

James E. Smith, for appellant.

Purdy, Squire & Rowe, for respondent.

PER CURIAM. This court will not disturb the determination of facts arrived at by the learned trial justice in this case, a hors' case—a determination resting upon conflicting testimony given by the seller and the buyer and their respective experts.

Judgment affirmed, with costs to the respondent.

GILDERSLEEVE, P. J., and MacLEAN, J., concur. BISCHOFF, J., concurs in the result.